UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 21-22-DLB-MAS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                       ORDER

JAMAAL A. STOKES                                                                              DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Matthew Stinnett (Doc. # 38), wherein he recommends that Defendant's Motion to Vacate his conviction and sentence under 28 U.S.C. § 2255 (Doc. # 35) be denied and that no certificate of appealability should be issued. No objections have been filed, and the time for doing so has passed. The Court has reviewed the R&R and concludes that it is sound in all respects, and it will be adopted as the opinion of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1)   The Report and Recommendation of the United States Magistrate Judge (Doc. # 38) is **ADOPTED** as the Opinion of the Court;

(2)   Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. # 35) is **DENIED**; and

(3)   For the reasons set forth in the Magistrate Judge's R&R, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**.

1

This 24th day of July, 2023.



Signed By:
*David L. Bunning*
United States District Judge

L:\DATA\ORDERS\Ashland Criminal\2021\21-22 Order Adopting R&R.docx